TROY A. BLACKWELL; SBN 00793348
BLACKWELL LAW FIRM L.L.P.
703 S. Van Buren
Amarillo, TX 79101
(806) 331-3130
(806) 331-4530 FAX

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| JIMMIE DON MILLER, and § | CASE NO. 09-20192-RLJ-13 |
| SHIRLEY GAIL MILLER § | HEARING DATE: 03/22/2010 |
| DEBTORS § | HEARING TIME: 11:00 AM |

### MOTION TO APPROVE COMPROMISE
### AND SETTLEMENT AGREEMENT
### AND FOR ORDER AUTHORIZING DISTRIBUTION OF FUNDS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW DEBTORS, JIMMIE DON MILLER and SHIRLEY GAIL MILLER requesting that the Court approve a compromise and settlement reached by the Debtors and approve a distribution of settlement funds. In support of said motion, the Debtors would show as follows:

1. The Debtors filed for Chapter 13 relief on March 31, 2009.

2. Walter O'Cheskey has been appointed Trustee.

3. At the time of filing, the Debtors listed as an asset of their estate a cause of action against Northwest Texas Healthcare System Inc. ("Defendant"). Prior to filing for bankruptcy, the Debtors had hired the Young Law Firm to represent them in litigation related to this cause of action. At the time of filing, the asset was listed as contingent and unliquidated. This asset was not exempted.

4. On May 29, 2009 the Debtors filed a "Motion to Employ Counsel Nunc Pro Tunc" to allow the Young Law firm to represent the Debtors and the estate. No objections were filed.

5. On June 5, 2009 the Court entered an order approving the employment of counsel.

6. It became necessary for the Young Law Firm to file a lawsuit against the Defendants in the United States District Court for the Northern District of Texas (Cause N0. 2-09-CV-00070-J).

7. The parties have reached a confidential settlement on this matter and now seek the approval of this settlement by the Bankruptcy Court under Rule 9019. Furthermore, the Debtors seek approval of the compensation of Debtors' counsel under the contingency fee agreement set forth and previously approved.

8. While the cause of action and settlement funds are a non-exempt asset of the estate under 11 U.S.C. §§541 and 1306, the Debtors' confirmed Chapter 13 plan proposes to pay to their unsecured, priority, and administrative claims an amount that exceeds the amount of the proposed settlement funds to be received by the Debtors, less the contingency fees and costs payable to the Young Law Firm. The Debtors plan still fully complies with 11 U.S.C. §1325(a)(4). The Debtors should therefore be allowed to obtain possession of funds as provided for by 11 U.S.C. §1306(b).

WHEREFORE, PREMISES CONSIDERED, Debtors pray that the Court grant this motion and approve the compromise and settlement agreement reached by the Debtors, approve the distribution of funds to the Young Law Firm as compensation for employment, approve the distribution of the remaining funds to the Debtors, and for such other relief at law or equity as may be just and proper.

DATE: February 1, 2010.

By: _____
Troy A. Blackwell; SBN 00793348
BLACKWELL LAW FIRM L.L.P.
703 S. Van Buren
Amarillo, TX 79101
(806) 331-3130

## NOTICE

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 624 S. POLK, AMARILLO, TEXAS 79110 BEFORE TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY REPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND THE TRUSTEE PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

## CERTIFICATE OF SERVICE

The undersigned individual hereby certifies that on February 1, 2010, a true and correct copy of the forgoing "MOTION TO APPROVE COMPROMISE AND SETTLEMENT AGREEMENT AND FOR ORDER AUTHORIZING DISTRIBUTION OF FUNDS" was served on the following parties in interest and the attached matrix:

CHAPTER 13 TRUSTEE
Walter O'Cheskey
6308 Iola Ave.
Lubbock, Texas 79424

U.S. TRUSTEE
William Neary
1100 Commerce
Dallas, Texas 75242

DEBTORS
Jimmy and Shirley Miller
5802 Bonham
Amarillo, Texas 79118

COUNSEL
Jeremy Young
112 W. 8th Ave, Suite 900-D
Amarillo, Texas 79101

_____
Troy A. Blackwell

Aegis Receivables Management
PO Box 165809
Irving, TX 75016-5809

Bealls
PO Box 659465
San Antonio, TX 78265-9465

Chase
PO Box 15299
Wilmington, DE 19850

Alliance One Recievables
PO Box 21882
Eagan, MN 55121-0882

Blackmon Mooring
308 Arthur
Fort Worth, TX 76107

Chelsea Miller
5802 S. Bonham
Amarillo, TX 79118

Alltel
1 Allied Dr Bldg 5
Little Rock, AR 72202

BMG Music Service
Customer Service
PO Box 91502
Indianapolis, IN 46291-1502

Chrysler Financial Services
PO Box 860
Roanoke, TX 76262

Amarillo Diagnostic Clinic
PO Box 15328
Amarillo, TX 79105

Brinks Home Security
PO Box 660418
Dallas, TX 75266

Citi
PO Box 6000
The Lakes, NV 89163-6000

Amarillo Emergency Physician LLP
PO Box 24691
Fort Worth, TX 76124-1691

CACH, LLC
370 17th St, Ste 5000
Denver, CO 80202

Citi Bank/DFS
12234 N. I-H 35
SB Building G
Austin, TX 78753

Amarillo Radiology
PO Box 53187
Amarillo, TX 79159

John J. Alpar, MD
5311 W. 9th
Amarillo, TX 79106-4161

Citi Financial
PO Box 22060
Tempe, AZ 85285-2060

American Express
PO Box 981535
El Paso, TX 79998-1535

Capitol One
PO Box 26074
Richmond, VA 23260

Citifinancial
4500 New Linden Hill Road
Wilmington, DE 19808

Arrow Financial
5996 W Touhy Ave
Niles, IL 60714

Care Credit
PO Box 981439
El Paso, TX 79998-1439

City Federal Credit Union
901 S. Lincoln
Amarillo, TX 79101

Asset Acceptance LLC
PO Box 2036
Warren, MI 48090

CBCS
PO Box 163250
Columbus, OH 43216-3250

Client Services Inc.
3451 Harry Truman Dr.
Saint Charles, MO 63301-4047

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

CCA
PO Box 567
Norwell, MA 02061

Collectech Systems
PO Box 361567
Columbus, OH 43236

Commonwealth Information Svcs
PO Box 6610
Newport News, VA 23606-0610

First Source
205 Bryant Woods South
West Amherst, NY 14228

JC Penny
PO Box 960090
Orlando, FL 32896-0090

Credit Bureau of the High Plains
2001 4th Ave
Canyon, TX 79015

FMS Inc.
4915 South Union Ave.
Tulsa, OK 74107

Jerry Baker
PO Box 805
New Hudson, MI 48165

Dell
PO Box 6403
Carol Stream, IL 60197

Gap/NCO Financial
PO Box 530942
Atlanta, GA 30353

Jesse and Patricia Powell

Holliday, TX

Dillards
PO Box 960012
Orlando, FL 32896-0012

GEMB
PO Box 981127
El Paso, TX 79998-1127

Kohls
PO Box 3043
Milwaukee, WI 532013043

Discover Card Svcs
P.O. Box 3025
New Albany, OH 43054-3025

GEMB
Attn: Bankruptcy Dept.
P.O. Box 103106
Roswell, GA 30076

Lowes
PO Box 981064
El Paso, TX 79998-1064

Disney Movie Club
PO Box 758
Neenah, WI 54957

GMAC
PO Box 2150
Greeley, CO 80632

LVNV Funding
PO Box 10584
Greenville, SC 29603-0584

DJO, LLC
PO Box 515471
Los Angeles, CA 90051

Grady City Courthouse
PO Box 1985
Chickasha, OK 73023

Mann Bracken, LLP
5215 O'Conner Blvd. 1060
Irving, TX 75039-3770

ENCORE Receivable Mgmt Inc
PO Box 3330
Olathe, KS 66063-3330

Citigroup/Home Depot
PO Box 653000
Dallas, TX 75265-3000

Merchant & Medical Credit Corp.
6324 Taylor Drive
Flint, MI 48507-4685

ENCORE Receivable Mgmt Inc
400 Rogers Road
Olathe, KS 66063

I. C. Systems, Inc.
444 Highway 96 East
PO Box 64886
Saint Paul, MN 55164-0886

Michael J. Scott, PC
Attorney and Counselors at Law
1925 E. Beltline Rd., Suite 550
Carrollton, TX 75006

Financial Corp. of America
PO Box 203500
Austin, TX 78720

IRS-Insolvency and Quality
PO Box 21126
Philadelphia, PA 19114

Midland Mortgage
PO Box 26648
Oklahoma City, OK 73126

MRS Associates
1930 Olnet Ave.
Cherry Hill, NJ 08003

MW Kendall DPM, PHD
702 Quail Creek Dr.
Amarillo, TX 79124

NCO Financial Services
PO Box 530942
Atlanta, GA 30353-0942

North Shore Agency
PO Box 8901
Westbury, NY 11590-8901

Northwest Texas Healthcare System
PO Box 9633
Amarillo, TX 79105-9633

Northwest Texas Healthcare System
PO Box 31001-0827
Pasadena, CA 91110

Professional Recovery Consultants
PO Box 51187
Durham, NC 27717-1187

Resurgent Capitol Services LP
80 Holtz Dr.
Buffalo, NY 14225

Sage Telecom
PO Box 79051
Phoenix, AZ 85062

Sams Club
PO Box 981064
El Paso, TX 79998-1064

Scagg's Health Clinic
PO Box 874413
Kansas City, MO 64187

Scottsdale Collections
2501 W. Dunlap Ave. Suite 240
Phoenix, AZ 85021

Sears
PO Box 6922
The Lakes, NV 88901

Suddenlink
PO Box 660365
Dallas, TX 75266-0365

Target National Bank
PO Box 1581
Minneapolis, MN 55440-1581

The Swiss Company
1112 7th Ave.
Monroe, WI 53566-1364

U.S. Attorney
Amarillo National Plaza
500 S. Taylor Ste 300 LB 23B
Amarillo, TX 79101-2442

U.S. Attorney in Charge
1100 Commerce 3rd Floor
Dallas, TX 75242-1699

Pamela A. Bassel
Bassel & Wilcox
P.O. Box 11509
Fort Worth, TX 76110-0509

United Collection Bureau
5620 Southwych Blvd. Suite 206
Toledo, OH 43614

US Attorney General
10th St & Constitution Ave
Washington, DC 20530

Victoria Secret
PO Box 659728
San Antonio, TX 78265

Wal - Mart
P.O. Box 981064
El Paso, TX 79998-1064

Wells Fargo
PO Box 5943
Sioux Falls, SD 57117 5943

World Financial Network Natl Bank
PO Box 182125
Columbus, OH 43218-2124

XM Satellite Radio
PO Box 78054
Phoenix, AZ 85062

Citi/Zales
PO Box 653054
Dallas, TX 75265-3054

Zenith Acquistion
220 John Colemn Dr. #1
Amherst, NY 14228

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC
POB 41067
NORFOLK, VA 23541