TROY A. BLACKWELL, SBN 00793348
BLACKWELL LAW FIRM, L.L.P.
703 S. Van Buren
Amarillo, TX 79101
(806) 331-3130
(806) 331-4530 FAX

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JIMMIE DON MILLER and | § | CASE NO. 09-20192-13 |
| SHIRLEY GAIL MILLER, | § | |
| | § | |
| | § | |
| DEBTORS | § | |

## VERIFICATION OF MAILING LIST

    In accordance with Local Rule 1002, the attorney for the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge. I also certify that the attached mailing list

    [ ]    is the first mailing list filed in this case.
    [ ]    adds entities not listed on previously filed list(s).
    [ xx ]    changes or corrects names and addresses on previously filed mailing list(s).

DATE: February 23, 2010.

                                    /s/TROY A. BLACKWELL; SBN 00793348
                                    Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on February 23, 2010, a true and correct copy of the foregoing Verification of Mailing List was served on the following parties in interest via U.S. Mail:

CHAPTER 13 TRUSTEE
Walter O'Cheskey
6308 Iola
Lubbock, TX 79424

U.S. TRUSTEE
William T. Neary
1100 Commerce, Suite 976
Dallas, TX 75242

DEBTORS
Jimmie Don Miller
Shirley Gail Miller
5802 S. Bonham
Amarillo, TX 79118

CREDITOR
GMAC
PO Box 380901
Bloomington, MN 55438-0901

<u>CREDITOR</u>
CACH LLC
4340 S. Monaco St, 2nd Floor
Denver, CO  80237

<u>CREDITOR</u>
JC Penney
PO Box 960090
Orlando, FL  32896-0090

<u>CREDITOR</u>
Grady County Courthouse
326 W. Choctaw Ave
Chickasha, OK  73018

/s/Troy A. Blackwell

GMAC
PO Box 380901
Bloomington, MN 55438-0901

CACH, LLC
4340 S. Monaco St, 2nd Floor
Denver, CO 80237

Grady County Courthouse
326 W. Choctaw Ave
Chickasha, OK 73018

JC Penny
PO Box 960090
Orlando, FL 32896-0090