

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 24, 2010**                                                                                    **United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| JIMMIE DON MILLER, and § | CASE NO. 09-20192-RLJ-13 |
| SHIRLEY GAIL MILLER § | |
| DEBTORS § | |

**ORDER APPROVING SETTLEMENT**
**AND APPROVING DISTRIBUTION OF FUNDS**

On this day came on to be heard the Debtors "Motion to Approve Compromise and Settlement Agreement and for Order Authorizing Distribution of Funds". After reviewing the pleadings and/or hearing arguments of counsel, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED, DECREED:

1. Subject to any requirements or orders of the U.S. District Court, the compromise and settlement of the non-exempt cause of action pending in Cause No. 2-09-CV-00070-J is hereby approved.

2. The Young Law Firm shall be allowed compensation under the terms of the contingency fee agreement previously approved.

3. The Young Law Firm shall be allowed to disburse the remaining settlement funds and/or client funds held in trust to the Debtors.

###End of Order###